UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL LORUSSO,
     Plaintiff,

vs.                            Case No.:  3:24cv83/LC/ZCB

RON DESANTIS, et al.,
     Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 11, 2024.  (Doc. 6).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

1

2.      This action is **DISMISSED** without prejudice, under 28 U.S.C. § 1915(g), based on Plaintiff's failure to pay the filing fee at the time he commenced this case.

3       All pending motions are **DENIED** as moot.

4.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 5th day of April, 2024.


　　　　　　　s/*L. A. Collier*　　　　　
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**